### IN RE William P. CORBETT, Jr.

**A Member of the Bar of the District
of Columbia Court of Appeals
Bar Reg. No. 445800**

**No. 16–BG–468**

District of Columbia Court of Appeals.

(Filed—October 19, 2017)

**BEFORE:** Thompson, Associate Judge, and Farrell and Reid, Senior Judges.

### ORDER

PER CURIAM

On consideration of the certified order of the Supreme Judicial Court for Suffolk County, Massachusetts, disbarring respondent from the practice of law in Massachusetts; this court's July 21, 2017, order temporarily suspending respondent and directing him to show cause why identical reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; and it appearing that respondent did not file a response to the show cause order or the required D.C. Bar R. XI, § 14 (g) affidavit, it is

ORDERED that William P. Corbett, Jr., is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11 (c) will prevail except in "rare" cases); *In re Cole*, 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). It is

FURTHER ORDERED that the time for eligibility to petition for reinstatement will not begin to run until such time as respondent files a D.C. Bar R. XI, § 14 (g) affidavit.